AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| See attached rider <br><br> *Plaintiff(s)* <br> v. <br> The City of New York <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The City of New York
C/o New York City Law Department
10 Church Street
New York, NY 10007
Tel: (212) 356-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   See attached rider

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## Rider to Summons

<u>Plaintiffs</u>

EBONY GOULD, CURTAYASIA TAYLOR, SHAVONA WARMINGTON, SHALONDA CURTIS-HACKETT, CHRISTOPHER HACKETT, MARIANNA AZAR, MATHEW ENG, JANE DOE 1, and JANE DOE 2, individually and on behalf of a class of all others similarly situated

<u>Attorneys for plaintiffs</u>

FAMILY JUSTICE LAW CENTER OF THE URBAN JUSTICE CENTER

David Shalleck-Klein (dshalleckklein@urbanjustice.org)
Eliza J. McDuffie (emcduffie@urbanjustice.org)
40 Rector Street, 9th Floor
New York, New York 10006
Telephone: (646) 602-5600

Anna Arons (aronsa@stjohns.edu), Of Counsel, *pro hac vice forthcoming*

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

Katherine Rosenfeld (krosenfeld@ecbawm.com)
Max Selver (mselver@ecbawm.com)
600 Fifth Avenue, 10th Floor
New York, New York 10020
Telephone: (212) 763-5000

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Audra J. Soloway (asoloway@paulweiss.com)
Erin J. Morgan (ejmorgan@paulweiss.com)
Daniel A. Negless (dnegless@paulweiss.com)
Sera Idoko (sidoko@paulweiss.com), *pro hac vice forthcoming*
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

NYU SCHOOL OF LAW FAMILY DEFENSE CLINIC / WASHINGTON SQUARE LEGAL SERVICES, INC.

Christine Gottlieb (gottlieb@mercury.law.nyu.edu), *pro hac vice forthcoming*
245 Sullivan Street, 5th Floor
New York, New York 10012
Telephone: (212) 998-6693