FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

Rec'd 3/7/24

UNITED STATES DISTRICT COURT
~~WESTERN~~ EASTERN DISTRICT OF NEW YORK

FEB 29 2024

BROOKLYN OFFICE

**Gould, et al**

Write the full name of each plaintiff or petitioner.

Case No. 1:24 CV 01263

-against-

NOTICE OF MOTION

**City of New York**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that **plaintiff** **Carolette Meadows**
(plaintiff or defendant) (name of party who is making the motion)

requests that the Court:
enjoin case 1:23cv00920 LJV to 1:24cv01263

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents:

Dated: 02/29/24

Signature: Carolette [signature]

Name: Carolette Meadows

Prison Identification # (if incarcerated)

Address: 281 Richards [illegible] Bklyn NY 11231

Telephone Number: 716-548-5521

E-mail Address (if available)

WDNY Rev: 01/2021

Revised 05/01 WDNY

# AFFIRMATION OF SERVICE
(If you are **not** having your signature notarized, use this form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
~~EASTERN~~

2024 FEB 29

---

Carolette Meadows,

Plaintiff(s),

v.

Erie County Dept. of Social Services, et al,

Defendant(s).

AFFIRMATION OF SERVICE

1:23-CV-00920

1:24cv 01263

---

I, (print your name) Carolette Meadows, served a copy of the attached papers (state the name of your papers) Joinder Motion + Affirmation for both Eastern & Western Court

~~Erie County Law Dept - Rath Bldg~~
~~Erie County Dept of Soc Services Law - Rath Bldg~~

upon all other parties in this case

by mailing [ ]  by hand-delivering [✓]  (check the method you used)

these documents to the following persons (list the names and addresses of the people you served) NYSAG - Main Pl Towers  R. Stanton 1230  Karen Davis 1240
Erie County Law Dept - Rath Bldg  R. Stanton 1230
Erie COunty Dept of Soc Serv - Rath Bldg

RECEIVED FEB 29 2024 ERIE COUNTY DEPARTMENT OF LAW

on (date service was made) 02/29/2024

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on 02/29/2024
(date)

_____
(your signature)

UNITED STATES DISTRICT COURT
~~WESTERN~~ DISTRICT OF NEW YORK
EASTERN

Gould, et al
Write the full name of each plaintiff or petitioner.

Case No. 1:24 CV 01263

-against-

NOTICE OF MOTION

City of New York
Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that **plaintiff** **Carolette Meadows**
plaintiff or defendant — name of party who is making the motion

requests that the Court:
enjoin case 1:23cv00920 LJV to 1:24cv01263

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents:

02/29/24
Dated

[Signature]
Signature

Carolette Meadows
Name

Prison Identification # (if incarcerated)

281 Pinewood   Buffalo NY 14___
Address         City      State   Zip Code

716-548-2501
Telephone Number (if available)

E-mail Address (if available)

Revised 05/01 WDNY

# AFFIRMATION OF SERVICE
(If you are **not** having your signature notarized, use this form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
EASTERN

2024 FEB 29

Carolette Meadows ,

  Plaintiff(s),

v.

Erie County Dept. of Social Services, et al ,

  Defendant(s).

AFFIRMATION OF SERVICE

1:23 -CV- 00920

1:24cv 01263

2024 FEB 29

I, (print your name) Carolette Meadows , served a copy of the attached papers (state the name of your papers) Joinder Motion + Affirmation for both Eastern & Western Court
~~Erie County Law Dept - Rath Bldg~~
~~Erie County Dept of Soc Services Law - Rath Bldg~~

upon all other parties in this case
by mailing [ ] by hand-delivering [✓] (check the method you used)
these documents to the following persons (list the names and addresses of the people you served) NYSAG - Main Pl Towers   R. Stanton 1230   Karen Davis 1240
Erie County Law Dept - Rath Bldg   R. Stanton 1230
Erie COunty Dept of Soc Serv - Rath Bldg

RECEIVED
FEB 29 2024
ERIE COUNTY
DEPARTMENT OF LAW

on (date service was made) 02/29/2024

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on 02/29/2024
  (date)                                          (your signature)

Rec'd 3/7/24

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 29, 2024 ★
**BROOKLYN OFFICE**

Write the full name of each plaintiff or petitioner.

Carolette Meadows

Case No. 1:23cv 00920 LJV

-against-

Erie County Dept of Soc Services, et al

**NOTICE OF MOTION**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that (plaintiff or defendant) Carolette Meadows (name of party who is making the motion) requests that the Court:

to join this docket to class action docket 1:24cv 01263 in the Eastern Dist Courts.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law
☒ my own declaration, affirmation, or affidavit
☐ the following additional documents:

Dated: 02/29/2024

Signature: [signed]

Name: Carolette Meadows

Prison Identification # (if incarcerated):

Address: 281 Brainard, [illegible], NY 14206

Telephone Number (if available): 716-578-0501

E-mail Address (if available):

WDNY Rev: 01/2021

US District Court
Western District of NY

Carolette Meadows,

        Plaintiff

        v.

Erie County Dept of Soc Services, et al,

        Defendants

Affirmation in Support
of Motion to Joinder

Case: 1:23-cv-00920-LJV

---

The Plaintiff, Carolette Meadows, respectfully requests this Court, in accordance with:
FRCP 18, 19, 20 see *Tietz v. Blackner*, 157 F.R.D. 510, 512 (D. Utah 1994)
Cole v. Collier, 2017 U.S. Dist. LEXIS 238249, *9, 2017 WL 11713699,

    Rule 24(a) - an individual has a right to intervene if he: "1. is given an unconditional right to intervene by federal statute; or 2. claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Fed. R. Civ. P. 24(a). "has a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1)(B). it is proper to consider whether the movant will significantly [*11] contribute to the full development of the underlying factual interests in the suit. United Gas Pipe Line Co., 732 F.2d at 472.

    In this case the Plaintiff asserts that the claims are related since both family court agencies are under the governance of NYS Dept of Child and Family Services.
and order allowing the Plaintiff to join docket 1:2024cv01263, if appropriate.

1:2024cv01263, being a class action, should allow the Plaintiff to join her claim with these claims since the subject matter of NYS CPS agencies' abuse and overreach of power are the core issue in both claims.

Plaintiff swears that the statements above are true and correct under penalty of perjury.

Respectfully,

Carolette Meadows                         02/29/24

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

Write the full name of each plaintiff or petitioner.

Carolette Meadows

Case No. 1:23cv 00920 LJV

-against-

Erie County Dept of Soc Services, et al

**NOTICE OF MOTION**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that (plaintiff) Carolette Meadows (name of party who is making the motion) requests that the Court:

to join this docket to class action Docket 1:24 cv 01263 in the Eastern Dist Courts.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents:

Dated: 02/29/2024

Signature: [signed]

Name: Carolette Meadows

Address: 281 Brunswick, Bflo, NY 14208

Telephone Number: 716-848-0501

WDNY Rev: 01/2021

US District Court
Western District of NY

Carolette Meadows,

        Plaintiff

v.

Erie County Dept of Soc Services, et al,

        Defendants

Affirmation in Support
of Motion to Joinder

Case: 1:23-cv-00920-LJV

---

The Plaintiff, Carolette Meadows, respectfully requests this Court, in accordance with: FRCP 18, 19, 20 *see Tietz v. Blackner,* 157 F.R.D. 510, 512 (D. Utah 1994) Cole v. Collier, 2017 U.S. Dist. LEXIS 238249, *9, 2017 WL 11713699,

    Rule 24(a) - an individual has a right to intervene if he: "1. is given an unconditional right to intervene by federal statute; or 2. claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Fed. R. Civ. P. 24(a). "has a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1)(B). it is proper to consider whether the movant will significantly [*11] contribute to the full development of the underlying factual interests in the suit. United Gas Pipe Line Co., 732 F.2d at 472.

    In this case the Plaintiff asserts that the claims are related since both family court agencies are under the governance of NYS Dept of Child and Family Services.
and order allowing the Plaintiff to join docket 1:2024cv01263, if appropriate.

1:2024cv01263, being a class action, should allow the Plaintiff to join her claim with these claims since the subject matter of NYS CPS agencies' abuse and overreach of power are the core issue in both claims.

Plaintiff swears that the statements above are true and correct under penalty of perjury.

Respectfully,

*/s/ Carolette Meadows*
Carolette Meadows

02/29/24