PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

BEIJING
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO

TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

DIRECT DIAL: (212) 373-3289
EMAIL: ASOLOWAY@PAULWEISS.COM

**Via ECF**

March 22, 2024

The Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Gould et al. v. City of New York*, No. 24-cv-1263 (CLP)

Dear Judge Pollak:

    We represent Plaintiffs in the above-captioned case. We write pursuant to Rule 3(b) of the Rules for the Division of Business for the Eastern District of New York to provide notice that on March 22, 2024, Plaintiffs filed a motion seeking a judicial determination that this case is related to *L.B. v. City of New York et al.*, No. 23-cv-8501, on the docket in that case.

Respectfully submitted,

| | |
|---|---|
| FAMILY JUSTICE LAW CENTER OF THE URBAN JUSTICE CENTER | EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP |
| David Shalleck-Klein (dshalleckklein@urbanjustice.org)<br>Eliza J. McDuffie (emcduffie@urbanjustice.org)<br>40 Rector Street, 9th Floor<br>New York, New York 10006<br>Telephone: (646) 602-5600 | Katherine Rosenfeld (krosenfeld@ecbawm.com)<br>Max Selver (mselver@ecbawm.com)<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>Telephone: (212) 763-5000 |
| Anna Arons (aronsa@stjohns.edu), Of Counsel | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | NYU SCHOOL OF LAW FAMILY DEFENSE CLINIC / WASHINGTON SQUARE LEGAL SERVICES, INC. |
| */s/ Audra J. Soloway*<br>Audra J. Soloway (asoloway@paulweiss.com)<br>Erin J. Morgan (ejmorgan@paulweiss.com) | Christine Gottlieb (gottlieb@mercury.law.nyu.edu) |

Daniel A. Negless (dnegless@paulweiss.com)
Sera Idoko (sidoko@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

245 Sullivan Street, 5th Floor
New York, New York 10012
Telephone: (212) 998-6693