UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ebony Gould, et al ,

Plaintiff,

v.                                                    Case No.: 24-cv-01263-RPK-JRC

The City of New York ,

Defendant.

**[PROPOSED] SCHEDULING ORDER**

Upon consent of the parties, it is hereby ORDERED as follows:

1.   Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal
Rules of Civil Procedure, if not yet made: August 19, 2024 .

2.   No amendment of the pleadings will be permitted after: March 5, 2025 .

3.   No additional parties may be joined after: March 5, 2025 .

4.   Fact discovery shall be completed by: June 5, 2025 .
(*Generally, this date must be no later than 6 months after the Initial Conference.*)

5.   The parties shall make required Rule 26(a)(2) disclosures, if any, with respect to:

(a)   expert witnesses on or before July 7, 2025 .

(b)   rebuttal expert witnesses on or before August 7, 2025 .

6.   All discovery, including depositions of experts, shall be completed by: September 9, 2025 .
(*Generally, this date must be no later than 9 months after the Initial Conference.*)

7.   Final date to take first step in dispositive motion practice, if any: October 9, 2025 .
(*Parties are directed to consult the District Judge's Individual Practices and Rules
regarding such motion practice.*)

8.   Have the parties agreed to a plan regarding electronic discovery (yes/no)? No. .

9.   Should the Court hold an early settlement conference (yes/no)? No. .

*(Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether an early settlement conference, or other form of alternative dispute resolution, is appropriate and be prepared to explain their reasons to the Court.)*

10.     Do the parties wish to be referred to the EDNY's Court-annexed mediation program

pursuant to Local Civil Rule 83.8 (yes/no)? __No__.

11.     Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)

(yes/no)?__No_____.
*(Answer no if any party declines to consent without indicating which party has declined.)*

If parties answer yes, then fill out the AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form.  The form can be accessed at the following link: https://www.uscourts.gov/sites/default/files/ao085.pdf.  Consenting does not affect a party's right to a jury trial.

12.     Other matters:

This Scheduling Order may be altered or amended upon a showing of good cause not

foreseeable at the date hereof.

CONSENTED TO BY:

*Attorney for Plaintiff*   **See Exhibit A**

        Name:
     Address:
Telephone:
        Email:

*Attorney for Defendant*   **See Exhibit A**

        Name:
     Address:
Telephone:
        Email:

SO ORDERED:

_____                    _____
JAMES R. CHO                                                        Date
United States Magistrate Judge

2

Rev. 4-19-2021

# Exhibit A

FAMILY JUSTICE LAW CENTER, INC.

David Shalleck-Klein
(dshalleckklein@urbanjustice.org)
Eliza J. McDuffie
(emcduffie@urbanjustice.org)
41 Madison Ave., 40th Floor
New York, New York 10010
Telephone: (646) 602-5600

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP

Katherine Rosenfeld (krosenfeld@ecbawm.com)
Max Selver (mselver@ecbawm.com)
600 Fifth Avenue, 10th Floor
New York, New York 10020
Telephone: (212) 763-5000

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

Audra J. Soloway
(asoloway@paulweiss.com)
Erin J. Morgan (ejmorgan@paulweiss.com)
Daniel A. Negless
(dnegless@paulweiss.com)
Y-Tze Patrick Lim (plim@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

NYU SCHOOL OF LAW FAMILY DEFENSE
CLINIC / WASHINGTON SQUARE LEGAL
SERVICES, INC.

Christine Gottlieb
(gottlieb@mercury.law.nyu.edu), *pro hac vice*
Anna Arons (aronsa@stjohns.edu), *pro hac vice*

245 Sullivan Street, 5th Floor
New York, New York 10012
Telephone: (212) 998-6693

*Attorneys for Plaintiffs*

NEW YORK CITY LAW DEPARTMENT

Mark Galen Toews (mtoews@law.nyc.gov)
Thomas Lindeman (tlindema@law.nyc.gov)
Cindy Arlana Singh (csingh@law.nyc.gov)
100 Church Street
New York, NY 10007
Tel.: 212-788-1281
Fax: 212-788-0877

*Attorneys for the City of New York*