

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**THOMAS LINDEMAN**
Tel.: (212) 356-0418
tlindema@law.nyc.gov

September 16, 2025

**VIA ECF**
Hon. James R. Cho
United States District Courthouse
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: *Ebony Gould et al. v. The City of New York*, 24-cv-1263(RPK)(JRC)

Dear Magistrate Judge Cho:

    I am an Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorneys for Defendant in the above-referenced action.

    I write on behalf of both parties in accordance with the Court's June 16, 2025 Order to respectfully advise the Court that the parties do not believe that a referral to the Court-annexed mediation program or a settlement conference would be useful at this time.

    Separately, the parties are presently working to resolve certain outstanding disputes regarding the pace of discovery. The parties respectfully request that they be allowed to submit an additional letter detailing any outstanding issues and proposing dates for a status conference by September 23, 2025, should the parties prove unable to resolve those disputes without the aid of the Court.

    Thank you for considering this submission.

Respectfully submitted,

/s/
Thomas Lindeman
Senior Assistant Corporation Counsel

cc: all attorneys of record (via ECF)